# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1849
LT Case No. 2008-CF-000826-A

_____

EDWARD BERNARD SHAW,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Seminole County.
Donna Goerner, Judge.

Edward Bernard Shaw, Crestview, pro se.

Ashley Moody, Attorney General, Tallahassee, and Whitney
Brown Hartless, Assistant Attorney General, Daytona Beach, for
Appellee.

September 12, 2023

PER CURIAM.

   AFFIRMED.  *See* Fla. R. App. P. 9.315(a).

MAKAR, SOUD, and KILBANE, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————